UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ROSEHOFF LTD. And
SYSTEM PRODUCTS UK LTD.,

      Plaintiffs,

                    ORDER
v.                 12-CV-1143A

CATACLEAN AMERICAS LLC,
GORDON GANNON and
GREGORY GANNON,

      Defendants.

   The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 13, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motions to dismiss (Dkt. Nos. 25, 27) for lack of subject matter jurisdiction be granted.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motions do dismiss (Dkt. Nos. 25, 27) are granted.

   The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

                                              *s/ Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT JUDGE

DATED: May 30, 2013